**CRIMINAL CAUSE FOR VIDEO CONFERENCE**

**BEFORE JUDGE**: BROWN, USDJ                    **DATE:** 11/12/2021

**DOCKET No.  CR- 21-363**

**DEFENDANT:**     Konstantino Zarkadas, M.D    **DEF. #**
Present self-surrender


**DEFENSE COUNSEL:**  Ronald Russo
Retained


**A.U.S.A.**:        ANTHONY BAGNUOLA
INTERPRETER:   [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:   Donna Mackey
COURT REPORTER/FTR LOG:  Fred Guerino                    MAGISTRATE DEPUTY: KM

- ☐ Allocution
- ☒ Arraignment
- ☐ Change of Plea Hearing (~Util-Plea Entered)     ☒ Initial Appearance
- ☐ Telephone Conference                             ☐ Detention hearing
- ☒ Bond hearing
- ☐ Motion Hearing Non Evidentiary                   ☒ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**     ☐ YES     ☐ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☒ Initial Appearance and Arraignment.
- ☒ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement.  Defendant has.

☒ Defendant waives indictment on the record.  A waiver has been forwarded to counsel to be signed and returned to the court.

☒ Defendant enters a plea of guilty to count   1 and 2    of the Information.

☒ The defendant explains the offense committed, the Government offers the proof they would

        present to the Court during trial.

☒        The Court finds a factual basis for the plea and accepts it.

☒        Probation notified.
☐        Sentence held in abeyance.
☒        Sentencing date set for 3/18/2022    at 11:00 a.m. in-person
☐    Government moves for  Choose an item., argument heard.
☒    Bail package presented by defendant:
        ☒    Ruling:
            ☒    Order setting conditions of bond executed.
            ☐    Detention Order executed.
                ☐    Permanent.
                ☐    Temporary: Hearing set for Click or tap to enter a date.
☐    Defendant Choose an item.
☐    Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒    OTHER:  CARES Act finding placed on the record.  Waiver of Indictment and proposed bond forwarded to the parties for execution and return to the court forthwith.
☒    Defendant continued:  ☐  in custody      ☒   on bond