AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the

### EASTERN District of NEW YORK

United States of America

v.

Konstantinos Zarkadas

*Defendant*

)
)
)
)
)
)

Case No. 21cr 363

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/12/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

RONALD G RUSSO
*Printed name of defendant's attorney*

/s/ 'Gary R. Brown

_____
*Judge's signature*

Gary R. Brown, USDJ
*Judge's printed name and title*