Ronald G. Russo
Of Counsel

SCHLAM STONE & DOLAN LLP

212 344-5400 Ext. 323
rrusso@schlamstone.com

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

*Via Pacer*                                           November 26, 2021

Honorable Judge Gary R. Brown

US District Court Judge

100 Federal Plaza

Central Islip, NY 11722-9014

Re: *U.S v. Konstantinos Zarkadas*, Case No. 21-CR-363 (GRB)

Dear Judge Brown:

The Court's file will reflect that my client, Konstantinos Zarkadas, pled guilty before your Honor on November 12, pursuant to a plea agreement entered with the U.S. Attorney. His plea was entered remotely as he had tested positive for the COVID-19 virus that week. He was released upon a personal recognizance bond which he and his wife promptly signed.

More recently, my client's physician cleared him to come to court which he did on Tuesday, November 23, at which time he surrendered to the United States Marshal for processing, complied with several conditions of his plea agreement, and met with Officer Donna Mackey of Pretrial Services at which time he surrendered his passport.

At the time of his release, my client's travel limits were set at the Eastern and Southern District of New York. At my client's request, I have spoken with both AUSA Anthony Bagnuolo and Officer Mackey and asked if they would consent to an extension of my client's travel restrictions to the continental United States. Neither has any objection. Accordingly, I request that the Court enter an Order so modifying his travel limits.

Respectfully submitted,

Ronald G. Russo

Cc:     Anthony Bagnuolo, Esq., Assistant U.S. Attorney

Officer Donna Mackey, U. S. Pretrial Services