CRIMINAL CAUSE FOR SENTENCE

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 3/18/2022
(1 hour 15 minutes)

**DOCKET No.** CR-21-363 (GRB)

**DEFENDANT:** Konstantino Zarkadas, M.D.   DEF. #
Present on bond

**FILED CLERK**
3/18/2022 3:55 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENSE COUNSEL:** Ronald G. Russo
Retained

**A.U.S.A.:** Anthony Bagnuola
INTERPRETER:  [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL:  Steven Gutmann
COURT REPORTER/FTR LOG:  Paul Lombardi      MAGISTRATE DEPUTY: KM

☐  The Rule 11 proceedings were referred to Magistrate Judge __. The Court reviewed the transcript prior to sentence and adopts the Report and Recommendation on the record.

**SENTENCE HEARING HELD ON COUNT(S):**

**IMPRISONMENT:**
☒ The defendant is sentenced to: 51 months __on each count to run concurrently__
☐ To be followed by __2 years on each count to run concurrently__ Of supervised release.
☐ Special conditions of supervised release are as follows:
☐ The defendant is remanded to the custody of the US Marshal.
☒ The defendant shall surrender __4/18/2022__
☒ The court makes the following recommendation to the Bureau of Prisons: Otisville designation

**PROBATION:**
☐ The defendant is sentenced to:
☐ Special conditions of probation:

**FINE, RESTITUTION & SPECIAL ASSESSMENT:**
☐ The defendant is ordered to pay a fine in the sum of: $
☐ The fine is payable:
☒ The fine is waived based on the defendant's inability to pay.
☒ Restitution is ordered: **$3,796,849.50**.
☒ Special assessment in imposed in the sum of:   $ 200.00
☐ The Govt. moves to dismiss the open counts.  _ Motion Granted.  _ Motion denied.
☒ The defendant is advised of his right to appeal.

☐	Other: