FR:DCL
F. #2020R01096

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 29 2022 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------X

UNITED STATES OF AMERICA,

- against -

KONSTANTINO ZARKADAS,

          Defendant.

----------------X

FINAL ORDER OF FORFEITURE

21-CR-363 (GRB)

WHEREAS, on or about November 12, 2021, Konstantino Zarkadas (the "defendant"), entered a plea of guilty to the Counts One and Two of the above-captioned Information, charging violations of 18 U.S.C. §§ 1040 and 1343;

WHEREAS, on November 29, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of three million seven hundred ninety-six thousand eight hundred forty-nine dollars and fifty cents ($3,796,849.50) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following assets surrendered to the Federal Bureau of Investigation in Melville, New York (the "Seized Assets"):

    (i)    One Rolex Sky-Dweller with blue dial;

    (ii)    One Rolex Yacht-Master II;

    (iii)    One Rolex Day-Date with gold and diamond; and

    (iv)    One Cartier Ladies Roadster,

are forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as property real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1343, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, on or about December 21, 2021, the defendant paid two hundred thousand dollars and zero cents ($200,000.00), towards his forfeiture judgment amount (Docket no. 12);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning July 27, 2022 through and including August 25, 2022 (Docket no. 27);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Seized Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigations (FBI) and United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Asset Recovery Section Paralegal Kristen Lake, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
11/29/2022, 2022

SO ORDERED:
/s/Gary R. Brown

HONORABLE GARY R. BROWN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK